IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN PABLO ZULUAGA, | ) |
| Petitioner, | ) |
| v. | ) |
| | ) Civil Action No. 3:23-198 |
| DIRECTOR BOP COLETTE S. PETERS and, | ) Judge Nora Barry Fischer |
| WARDEN MICHAEL UNDERWOOD, | ) Magistrate Judge Keith Pesto |
| Respondents. | ) |

## **MEMORANDUM ORDER**

AND NOW, this 30th day of December, 2024, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on September 6, 2023, (Docket No. 6), recommending that the § 2241 habeas petition filed by Petitioner Juan Pablo Zuluaga against BOP Director Colette S. Peters and Warden Michael Underwood be dismissed preservice because he failed to exhaust administrative remedies and is otherwise ineligible for earned time credits due to an immigration detainer, Petitioner's objections which were timely filed within 14 days as directed by the Magistrate Judge but neither establish that he exhausted administrative remedies nor that he is entitled to earned time credits, (Docket No. 7), this matter having been recently reassigned to the undersigned for prompt disposition of the matter, (Docket No. 8), and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court, in part, as it further appears to the Court that Petitioner has been released from BOP custody as of February 1, 2024, such that his Petition must also be dismissed, as moot, *see e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) ("Because Malik had been released to prerelease custody, his request for release to such custody was moot.

[…] Regardless of whether his request for an earlier transfer to supervised release was moot at the time of the Magistrate Judge's order or simply meritless because he had already received the maximum credit allowed towards an earlier release from custody to supervised release, see § 3624(g)(3), such a request is moot now that Malik is on supervised release."); *Constantine v. United States*, No. 1:23-CV-22, 2023 WL 6811999, at *2 (W.D. Pa. Aug. 28, 2023), *report and recommendation adopted,* No. CV 23-22, 2023 WL 6810862 (W.D. Pa. Oct. 16, 2023) ("Since the BOP released Petitioner from its custody, there is no longer any habeas relief that this Court can provide.");

IT IS HEREBY ORDERED that Petitioner's Objections (Docket No. 7) are OVERRULED;

IT IS FURTHER ORDERED that the Petition (Docket No. 3) is DISMISSED, with prejudice, as moot and no certificate of appealability shall issue;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

Dated: December 30, 2024

cc/ecf: Magistrate Judge Keith A. Pesto

cc:   Juan Pablo Zuluaga, Reg. No. 02479-506
      F.C.I. Loretto
      P.O. Box 1000
      Cresson, PA 16630 (via first class mail)